UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAVITHEJA MOOLE,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK; NEW YORK POLICE DEPARTMENT; JOHN DOE OFFICERS 1-30,<br><br>Defendants. | 1:26-CV-6469 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Ravitheja Moole, who is appearing *pro se*, brings this action asserting claims under 42 U.S.C. § 1983. The Court dismisses this action for the following reasons.

Plaintiff previously commenced another *pro se* action in this court by filing an identical complaint against the Defendants named in this action and alleging the same set of facts. That other *pro se* action is pending before the Court. *See Moole v. City of New York*, 1:26-CV-6242 (LTS). As this action raises the same claims as raised in *Moole*, 1:26-CV-6242 (LTS), no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses this action without prejudice as duplicative of *Moole*, 1:26-CV-6242 (LTS).

**CONCLUSION**

The Court dismisses this action without prejudice as duplicative of *Moole*, 1:26-CV-6242 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated: August 3, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge